Argued March 1, affirmed March 12, 1979

STATE OF OREGON, *Respondent,*
*v.*
CARL HERBERT PALMER, *Appellant.*
(No. T-8947G, CA 12087)

591 P2d 426

Milo Pope, Milton-Freewater, argued the cause for appellant. With him on the brief was Gary Luisi, Milton-Freewater.

Mary J. Deits, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Before Schwab, Chief Judge, and Buttler and Joseph, Judges.

PER CURIAM

## PER CURIAM

Rule 5.11 of the Rules for Appeals from District Courts, Or Adv Sh, Vol. 76, No. 40 (January 1, 1977), provides:[1]

"Briefs, in referring to evidence, shall make appropriate reference to the location of the evidence. In the case of audio records, the references shall set out the particular tape number, cue number and numerical counter reading in this form: A. R. Tape No. _____, Cue No. _____, at _____ [numerical counter location]. * * * "

Appellant's brief does not comply with this rule.

Affirmed.

---

[1] Now Rule 25.15 of the Supreme Court and Court of Appeals Rules of Appellate Procedure (March 1, 1979).